# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MICHAEL YAZURLO,

       Plaintiff,        **SCHEDULING ORDER**

  -against-           17 Civ. 2027 (PMH)(JCM)

CITY OF YONKERS, *et al.*,

       Defendants.
--------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for June 19, 2020 at 10:30 a.m. before the undersigned will be conducted via AT&T Teleconferencing Service. Counsel shall call the following number at the time of the conference:

  Toll-Free Number: 877-873-8017
  Access Code: 4264138

Dated: May 27, 2020
    White Plains, New York

              **SO ORDERED:**

              _____
              JUDITH C. McCARTHY
              United States Magistrate Judge