UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL YAZURLO,

                Plaintiff,

v.

                      ORDER

CITY OF YONKERS, et al.,

                      17-cv-02027-PMH

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty-one (61) days of this Order. Any application to reopen filed after sixty-one (61) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       August 23, 2021

                             _____

                             Philip M. Halpern
                             United States District Judge