

## Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS

Paul A. Carruthers, Esq.

> Application denied. The date by which an application to reopen this action may be filed is extended to January 21, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 68.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 17, 2021

**VIA ECF**

November 16, 2021

Honorable Philip M. Halpern
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Yazurlo v. City of Yonkers, et al.*
Case No.: 17-CV-02027 (PMH)

Dear Judge Halpern:

We represent Plaintiff, Michael Yazurlo, in the above-captioned matter. We write with the consent of defendants' counsel, regarding the Court's Order dated October 21, 2021.

Plaintiff is respectfully requesting that this matter be reopened and the proceedings administratively stayed until Plaintiff's Estate has a valid successor appointed who will be able to execute the pending settlement agreement. Plaintiff's counsel has been trying to determine who the proper individual for substitution is but to date has not has not been able to do so.

As such, and to not waste Judicial resources, Plaintiff is respectfully requesting that this matter be reopened and at the same time administratively stayed until a successor is ready to be appointed.

We thank the Court for its consideration of this request.

Respectfully submitted,

Paul A. Carruthers

cc: All Attorneys of Record (via ECF)